**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-6866**

———————

DAVID WAYNE ANDERSON,

    Plaintiff - Appellant,

  v.

DET. B. L. ROOP; DET. BRANDON TWEED; DET. LT. JAMES BLEVINS; WASHINGTON COUNTY SHERIFF'S DEPARTMENT; SHERIFF FRED NEWMAN,

    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Thomas T. Cullen, District Judge. (7:19-cv-00155-TTC-RSB)

———————

Submitted: November 3, 2021      Decided: December 15, 2021

———————

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Wayne Anderson, Appellant Pro Se. Joseph Anthony Piasta, JOHNSON AYERS & MATTHEWS, PLC, Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Wayne Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Roop*, No. 7:19-cv-00155-TTC-RSB (W.D. Va. Feb. 19 & May 27, 2021). We deny Anderson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*